# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., <br> 855 South Mint Street <br> Charlotte, NC 28202, <br><br>     Movant, <br><br> v. <br><br> THE LAW OFFICES OF PETER T. NICHOLL, <br> 36 South Charles Street, #1700 <br> Baltimore, MD 21201, <br><br>     Respondent. | Misc. Case No. 21-151 <br><br> Original Proceeding: <br> *Honeywell International Inc. v. North American Refractories Company Asbestos Personal Injury Settlement Trust*, Adv. Proc. No. 21-2097 (Bankr. W.D. Pa.) |

## HONEYWELL INTERNATIONAL INC.'S MOTIONS TO TRANSFER, COMPEL, AND EXPEDITE PROCEEDINGS

Pursuant to Federal Rules of Civil Procedure 45(f), 45(g), and 37(a)(1), Honeywell International Inc. ("Honeywell") respectfully moves this Court to transfer Honeywell's motion to compel discovery in response to a subpoena that Honeywell has served on The Law Offices of Peter T. Nicholl ("Nicholl") in connection with *Honeywell International Inc. v. North American Refractories Company Asbestos Personal Injury Settlement Trust*, Adv. Proc. No. 21-2097 (Bankr. W.D. Pa.) to the Bankruptcy Court for the Western District of Pennsylvania.  In the alternative, Honeywell respectfully moves this Court to compel discovery in response to a subpoena that Honeywell has served on The Law Offices of Peter T. Nicholl ("Nicholl") in connection with *Honeywell International Inc. v. North American Refractories Company Asbestos Personal Injury Settlement Trust*, Adv. Proc. No. 21-2097 (Bankr. W.D. Pa.) (the "Subpoena").

Honeywell further moves this court to expedite the proceedings.

The grounds for these motions are set forth in the memorandum of law, the Declaration of Yelena Bekker, dated December 6, 2021, and the Declaration of Guyon H. Knight, dated December 6, 2021 (the "Knight Declaration"), including the attached exhibits. The proposed order for Honeywell's motions are attached. The Subpoena is attached as Exhibit 1 to the Knight Declaration. Pursuant to Local Civil Rule 7(f), the Movants respectfully request oral argument on this motion.

Counsel for Honeywell and counsel for Nicholl held a meet-and-confer regarding the Subpoena on November 30, 2021 pursuant to Local Civil Rule 7(m), but counsel for Nicholl would not agree to transfer or produce documents in response to the Subpoena.

Dated:  Washington, DC
December 6, 2021

/s/Michael S. Nadel
Michael S. Nadel
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
Email:  mnadel@mwe.com
Tel.:  (202) 756-8000
Fax:  (202) 756-8087

John J. Calandra (*pro hac vice* forthcoming)
Guyon H. Knight (*pro hac vice* forthcoming)
MCDERMOTT WILL & EMERY LLC
One Vanderbilt Avenue
New York, NY 10017
Email:  jcalandra@mwe.com
Email:  gknight@mwe.com
Tel.:  (212) 547-5400
Fax:  (212) 547-5444

*Attorneys for Honeywell International Inc.*