UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.,<br>855 South Mint Street<br>Charlotte, NC 28202,<br><br>      Movant,<br><br>v.<br><br>THE LAW OFFICES OF PETER T. NICHOLL,<br>36 South Charles Street, #1700<br>Baltimore, MD 21201,<br><br>      Respondent. | Misc. Case No. 21-151<br><br>Original Proceeding:<br>*Honeywell International Inc. v. North American Refractories Company Asbestos Personal Injury Settlement Trust*, Adv. Proc. No. 21-2097 (Bankr. W.D. Pa.) |

**DECLARATION OF GUYON H. KNIGHT**

1. My name is Guyon H. Knight. I am a partner of McDermott Will & Emery LLP, counsel for plaintiff Honeywell International Inc. ("Honeywell"). I submit this declaration in support of Honeywell's Motions to Transfer, Compel, and Expedite with respect to the Subpoena Honeywell served on The Law Offices of Peter T. Nicholl ("Nicholl"). I make this declaration based on my own personal knowledge.

2. On November 30, 2021, I and another attorney representing Honeywell met and conferred by telephone with attorneys representing Nicholl. On that call, I offered to reduce the scope of Honeywell's Subpoena to 1,600 claimants. To date, Nicholl has refused to accept any of the limitations Honeywell has proposed.

3. I have negotiated with other firms subpoenaed by Honeywell and agreed to protections to ensure that personally identifying information such as social security numbers, addresses, and dates of birth, are not produced.

4.	Attached hereto as Exhibit 1 is a true and correct copy of the Subpoena Honeywell served on Vinson.

5.	Attached hereto as Exhibit 2 is a true and correct copy of the Complaint Honeywell has filed in the 2021 NARCO Litigation.

6.	Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Revised Memorandum Opinion on Confirmation of Third Amended Plan Of Reorganization for North American Refractories Company, *et al.*, dated December 28, 2005, and Third Amended Plan of Reorganization for Global Industrial Technologies, Inc., *et al.*, dated December 28, 2005 as Supplemented, and its Exhibit 1, the Revised Findings of Fact and Conclusions of Law.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2021, in New York, New York.

_____
Guyon H. Knight