**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HONEYWELL INTERNATIONAL INC.,
855 South Mint Street
Charlotte, NC 28202,

      Movant,

v.

THE LAW OFFICES OF PETER T.
NICHOLL,
36 South Charles Street, #1700
Baltimore, MD 21201,

      Respondent.

Misc. Case No. 21-151

Original Proceeding:
*Honeywell International Inc. v. North American Refractories Company Asbestos Personal Injury Settlement Trust*, Adv. Proc. No. 21-2097 (Bankr. W.D. Pa.)

**DECLARATION OF YELENA BEKKER**

1.     My name is Yelena Bekker.  I am Counsel at McDermott Will & Emery LLP ("MWE"), counsel for plaintiff Honeywell International Inc. ("Honeywell").  I submit this declaration in support of Honeywell's Motion to Compel against The Law Offices of Peter T. Nicholl ("Nicholl").  I make this declaration based on my own personal knowledge.

2.     My team and I have access to and familiarity with the Trust's claims payment database as a result of Honeywell's audit rights.  The information provided below comes from the Trust database and correspondence we received from the Trust.  The data about form affidavits relies on the form identifiers that the Trust (through its claims processor) assigns to exposure affidavits submitted to the Trust.

3.     As of October 31, 2021, Nicholl has submitted 17,789 claims to the Trust.  Of this total, Nicholl has submitted 3,060 claims to the Trust since January 1, 2016.

4.      Over the two-year period of August 2019 to August 2021, the Trust has paid claimants represented by Nicholl over $46.4 million based on form affidavits.

5.      To date, the Trust has paid over $85 million to claimants represented by Nicholl.

6.      Nicholl ranks number 1 of 157 firms that have received payments from the Trust to date, measured by the amount of money paid to claimants those firms represent.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 6, 2021, in Kings County, New York.

_____
Yelena Bekker

2