UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., <br> 855 South Mint Street <br> Charlotte, NC 28202, <br><br>          Movant, <br><br> v. <br><br> THE LAW OFFICES OF PETER T. NICHOLL, <br> 36 South Charles St., #1700 <br> Baltimore, MD 21201 <br><br>          Respondent. | Case No. 1:21-mc-00151-CKK <br><br> Original Proceeding: <br> *Honeywell International Inc. v. North American Refractories Company Asbestos Personal Injury Settlement Trust*, Adv. Proc. No. 21-2097 (Bankr. W.D. Pa.) |

## RESPONSE TO ORDER TO SHOW CAUSE

Respondent The Law Offices of Peter T. Nicholl, by undersigned counsel, responds as follows to this Court's Order to Show Cause, entered by Minute Order on December 21, 2021:

Honeywell International, Inc. ("Honeywell") filed its combined Motion to Compel, Transfer and Expedite Proceedings (Dkt. 1) on December 6, 2021.[1] After filing the motions, counsel for Honeywell forwarded the filed motion and supporting papers to undersigned counsel for Respondent, by e-mail, and requested that counsel confirm acceptance of service by e-mail. *See* Proof of Service (Dkt. 8), Exhibit A. The parties did not have any prior agreement to service by e-mail.

---

[1] Despite its request to expedite this proceeding, Honeywell did not pay the filing fee to initiate the miscellaneous case until December 10, 2021, three days after the Clerk notified Honeywell that the filing fee was missing. *See* Dkt. entries dated Dec. 7, 2021 and Dec. 10, 2021. It is not clear whether this delay should impact Respondent's deadline for opposing the motions, but Respondent does not seek any extension on this ground.

The following day, undersigned counsel responded and agreed to accept service by e-mail. *Id.* Counsel for Honeywell did not request, and Respondent did not agree, to alter the response deadline otherwise applicable under the Rules. *See generally*, *id.*

Rule 5 of the Federal Rules of Civil Procedure does not provide for service by e-mail, but it allows for service "by any other means that the person consented to in writing." Fed. R. Civ. P. 5(b)(2)(F). Pursuant to Rule 6(d), when service is made pursuant to e-mail by written agreement, three days are added to the response deadline. Fed. R. Civ. P. 6(d) ("When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days after added after the period would otherwise expire under Rule 6(a).").

Accordingly, under the Rules, Respondent's opposition to Honeywell's motions is due on December 23, 2021. Respondent intends to file its opposition to the motions, timely, on that date.

Dated:  December 21, 2021

Respectfully Submitted,

**ZUCKERMAN SPAEDER LLP**

By:  \_\_/s/ Caroline E. Reynolds
Caroline E. Reynolds
Carl S. Kravitz
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: 202.778.1800
Fax: 202.822.8106
creynolds@zuckerman.com
ckravitz@zuckerman.com